UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Higgins Family Trust,

        Plaintiff

v.

Debra Anne Haaland, et al.,

        Defendants

Case No. 2:24-cv-001664-CDS-DJA

**Order Adopting Magistrate Judge's Report and Recommendation and Closing Case**

[ECF No. 4]

      Plaintiff Higgins Family Trust ("the Trust") commenced this lawsuit without paying the filing fee or applying to proceed *in forma pauperis* (IFP). ECF No. 1. Therefore, on September 12, 2024, Magistrate Judge Daniel J. Albregts ordered the plaintiff to pay the $405 filing fee for a civil action or to complete an IFP application. ECF No. 3. The Trust had until October 11, 2024, to comply with Judge Albregts' order. *Id.* On October 30, 2024, after finding that the Trust failed to pay the filing fee or submit an IFP application, Judge Albregts issued a report and recommendation (R&R) that this case be dismissed without prejudice. R&R, ECF No. 4. The Trust had until November 13, 2024, to file any objections to the R&R. *Id.* at 1–2 (citing LR IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). As of the date of this order, no objections or requests for more time to file an objection is filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). As no objections have been filed, I adopt the R&R.

## Conclusion

It is therefore ordered that the report and recommendation **[ECF No. 4] is adopted** in its entirety. This action is now dismissed without prejudice. The Clerk of Court is kindly instructed to enter judgment accordingly and to close this case.

Dated: November 18, 2024

_____
Cristina D. Silva
United States District Judge